

# NUMBER 13-22-00518-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE INTEX RECREATION CORP.

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

On October 28, 2022, relator Intex Recreation Corp. filed a petition for writ of mandamus contending through five issues that the trial court abused its discretion by granting a motion for summary judgment which implicates issues regarding parental immunity, proportional responsibility, the standard of care, the "reasonably foreseeable risk" of personal injury, and contributory negligence.

The Court requests that the real parties in interest, Jaime Flores and Veronica Flores, individually and on behalf of the estate of A.F. and as next friend of J.C., minor child, and William Kobus, or any others whose interest would be directly affected by the

relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* Tᴇx. R. Aᴘᴘ. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
31st day of October, 2022.